IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATHENA LOPEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 08-0456-KD-M |
| | ) |
| EVONIK DEGUSSA CORPORATION | ) |
| f/k/a DEGUSSA CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action has been transferred to the undersigned from the docket of Chief District Judge Callie V. S. Granade. Accordingly, the Rule 16(b) Scheduling Order is amended, as follows:

1) Trial: This action is set for jury selection on **June 30, 2009 at 8:45 a.m.**, and for trial sometime during the **July 2009** trial term in Courtroom 5A of the United States Courthouse, 113 St. Joseph St., Mobile, Alabama 36602.

2) Final Pretrial Conference: This action is set for final pretrial conference on **June 4, 2009 at 11:00 a.m.,** in the chambers of the undersigned, Room 508, United States Courthouse, 113 St. Joseph St., Mobile, Alabama 36602.

8) Pretrial Disclosures: The disclosure of information regarding the evidence that each party may present at trial required by Fed. R. Civ. P. 25(a)(3) shall be made on or before **May 14, 2009**.

Pursuant to the undersigned's Standing Order Governing Pretrial Conferences, the parties' joint pretrial document shall be submitted no later than **five (5) business days** before the

final pretrial conference.  **A copy of the undersigned's Standing Order Governing Pretrial Conferences is attached.**  No additional notice regarding the final pretrial conference will be given.

All other deadlines remain unaffected.

**DONE** this the 4th day of February, 2009.

<u> s/ Kristi K. DuBose </u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**